David M. Friedman
Adam L. Shiff
Matthew B. Stein
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1700
Fax (212) 506-1800

*Attorneys for Harbinger Capital Partners LLC, HGW US Holding Company, L.P., Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LIGHTSQUARED INC., *et al.*,[1] | Case No. 12-12080 (SCC) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEAL OF BENCH DECISION DENYING MOTION TO (A) EXPUNGE THE GUARANTY CLAIM ASSERTED BY THE LP LENDERS OR, IN THE ALTERNATIVE, (B) ESTIMATE THE GUARANTY CLAIM AT ZERO PURSUANT TO 11 U.S.C. § 502(C)**

NOTICE IS HEREBY GIVEN, that Harbinger Capital Partners LLC, HGW US Holding Company, L.P., Blue Line DZM Corp., and Harbinger Capital Partners SP, Inc. (collectively "**Harbinger**" or "**Appellant**"), by and through its attorneys Kasowitz, Benson, Torres &

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal or foreign tax or registration identification number, are: LightSquared Inc. (8845), LightSquared Investors Holdings Inc. (0984), One Dot Four Corp. (8806), One Dot Six Corp. (8763) ("One Dot Six"), SkyTerra Rollup LLC (N/A), SkyTerra Rollup Sub LLC (N/A), SkyTerra Investors LLC (N/A), TMI Communications Delaware, Limited Partnership (4456), LightSquared GP Inc. (6190), One Dot Six TVCC Corp. (0040) (collectively, the "Inc. Debtors"), LightSquared LP (3801), ATC Technologies, LLC (3432), LightSquared Corp. (1361), LightSquared Finance Co. (6962), LightSquared Network LLC (1750), LightSquared Inc. of Virginia (9725), LightSquared Subsidiary LLC (9821), Lightsquared Bermuda Ltd. (7247), SkyTerra Holdings (Canada) Inc. (0631) and SkyTerra (Canada) Inc. (0629) (collectively, the "LP Debtors"). The location of the Debtors' corporate headquarters is 10802 Parkridge Boulevard, Reston, VA 20191.

Friedman LLP, hereby appeal pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001, to the United States District Court for the Southern District of New York from the United States Bankruptcy Court for the Southern District of New York's *Bench Decision Denying Motion to (A) Expunge the Guaranty Claim Asserted by the LP Lenders or, in the Alternative, (B) Estimate the Guaranty Claim at Zero Pursuant to 11 U.S.C. § 502(c)* [Dkt. No. 1898], entered on October 30, 2014, in the above-captioned bankruptcy proceeding.

The names of the Appellant, Appellees, and Debtors, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

Appellant:

> David M. Friedman
> Adam L. Shiff
> Matthew B. Stein
> KASOWITZ BENSON TORRES & FRIEDMAN LLP
> 1633 Broadway
> New York, NY 10019
> Telephone: (212) 506-1700
> *Attorneys for Harbinger Capital Partners LLC*

Appellees:

> Thomas E Lauria
> Glenn M. Kurtz
> Andrew C. Ambruoso
> WHITE & CASE LLP
> 1155 Avenue of the Americas
> New York, NY 10036-2787
> Telephone: (212) 819-8200
> *Attorneys for the Ad Hoc Secured Group of LightSquared LP Lenders*

> Rachel C. Strickland
> James C. Dugan
> WILLKIE FARR & GALLAGHER LLP
> 787 Seventh Avenue
> New York, NY 10019
> Telephone: (212) 728-8000
> *Attorneys for SP Special Opportunities, LLC*

Debtors:

> Matthew S. Barr

Karen Gartenberg
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
*Attorneys for Debtors and Debtors in Possession*

Paul M. Basta
Joshua A. Sussberg
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
*Attorneys for Special Committee of Independent Directors*

Dated: November 13, 2014
New York, New York

By: */s/ David M. Friedman*
David M. Friedman
Adam L. Shiff
Matthew B. Stein
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1700
Fax (212) 506-1800

*Attorneys for Harbinger Capital Partners LLC,*
*HGW US Holding Company, L.P., Blue Line DZM*
*Corp., and Harbinger Capital Partners SP, Inc.*